ANTHONY & JONES COMPANY, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE FIDELITY AND COLUMBIA TRUST COMPANY, as Trustee of NATHAN F. BLOCK, etc., and Others, Respondents, v. GUSTAV S. LEVIN and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, OF PERTH, SCOTLAND, Appellant, v. CITY OF BUFFALO, Respondent, and HELEN MARCYNSKI, Individually, etc., Defendant.— Order affirmed, with ten dollars costs and disbursements, on the ground that no negligence or wrongful act on the part of the city of Buffalo was alleged in the complaint. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, OF PERTH, SCOTLAND, Appellant, v. CITY OF BUFFALO, Defendant, and HELEN MARCYNSKI, Individually and as Administratrix, etc., of THOMAS MARCYNSKI, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Application of HORACE W. DRESSER, as Stockholder in the DONNER STEEL COMPANY, INCORPORATED, for the Appointment of Appraisers to Appraise His Stock. HORACE W. DRESSER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Sears, J., not voting. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

JOHN F. REYNOLDS, as Administrator of ETHEL FRANCES REYNOLDS, Deceased, Respondent, v. JOHN W. KILLIAM, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

BLANCHE S. GOOLD, Appellant, Respondent, v. JOHN JACOB SCHMITT and ANTONIE SCHMITT, Respondents, Appellants, Impleaded with Another, Defendant. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

BLANCHE S. GOOLD, Appellant, v. JOHN JACOB SCHMITT and ANTONIE SCHMITT, Respondents, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GREATER ROCHESTER PROPERTIES, INC., Respondent, v. THOMAS J. PAPPAS, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GREATER ROCHESTER PROPERTIES, INC., Respondent, v. GEORGE L. SWITZER, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

BERTHA RAU, Respondent, v. MELVIN SHARPSTEEN, Defendant, and CHARLES T. MOEBIUS, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LOUISA SWEET, Appellant, v. NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JULIUS LEBOWITZ, Respondent, v. HARRIS N. JOFFE and MAX GARFINKLE, Appellants, Impleaded with SAUL H. LAVINE, Defendant.— Judgment and order